# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 14, 2019

160026 & (10)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* PETITION OF CHIPPEWA COUNTY
TREASURER FOR FORECLOSURE.
_____

CHIPPEWA COUNTY TREASURER,
        Petitioner-Appellee,

v

THOMAS O'CONNOR,
        Respondent-Appellant.

SC: 160026
COA: 349188
Chippewa CC: 17-014728-CH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 22, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 14, 2019



Clerk

p0813